**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**ROSE LAW FIRM**
**A Professional Association** **PLAINTIFF**

**v.** **NO. 4:96CV00212**

**WEBSTER LEE HUBBELL** **DEFENDANT**

**ORDER FOR REVIVOR OF JUDGMENT**
**AND WRIT OF SCIRE FACIAS**

Comes now for hearing Plaintiff's Motion for Revivor of Judgment. It appearing to the Court that Judgment in the above-entitled action was rendered on October 28, 1996, in favor of Plaintiff Rose Law Firm, a Professional Association, against Defendant, Webster Lee Hubbell, in the sum of Three Hundred Thousand Dollars ($300,000.00), and that the Judgment remains unsatisfied;

WHEREFORE, it is hereby Ordered that the Judgment be renewed and extended and that a new entry be made in the Judgment docket; and that, after the new entry of the Judgment, the Judgment and Lien thereof shall continue for ten (10) years thereafter, unless the Judgment shall be sooner satisfied.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE

DATE: November 9th, 2026

PREPARED BY:

David S. Mitchell, Jr., ABA #2010271
ROSE LAW FIRM
A Professional Association

120 East Fourth Street
Little Rock, Arkansas 72201-2893
(501) 375-9131

cc: Webster Lee Hubbell
820 East Kingston Avenue
Charlotte, NC 28203-5124

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**ROSE LAW FIRM**
**A Professional Association** **PLAINTIFF**

**v.** **NO. 4:96CV00212**

**WEBSTER LEE HUBBELL** **DEFENDANT**

## AFFIDAVIT OF DAVID S. MITCHELL

1. My name is David S. Mitchell. I am over the age of eighteen (18) years and am competent to testify to the matters stated herein.

2. I am an attorney at Rose Law Firm, A Professional Association, the Plaintiff in the above-captioned action. I have personal knowledge of the facts set forth in this Affidavit.

3. On October 28, 1996, a Judgment was entered in this action in favor of Plaintiff, Rose Law Firm, A Professional Association, and against Defendant, Webster Lee Hubbell, in the total amount of Three Hundred Thousand Dollars ($300,000.00).

4. The Judgment has been previously revived: from October 28, 1996 through October 28, 2006; from October 28, 2006 through October 28, 2016; and from October 28, 2016 through October 28, 2026.

5. As of the date of this Affidavit, the sum of Two Hundred Thirty-Nine Thousand Nine Hundred Twenty-Seven Dollars ($239,927.00), plus accrued interest and costs, remains due and unpaid on said Judgment.

6. No part of said Judgment has been released, satisfied, or discharged except as reflected in the records of this Court.

7. This Affidavit is made in support of Plaintiff's Motion for Revivor of Judgment filed herein.

**FURTHER AFFIANT SAYETH NAUGHT.**

________________________________

David S. Mitchell

**STATE OF ARKANSAS**
**COUNTY OF PULASKI**

SUBSCRIBED AND SWORN TO before me, a Notary Public, on this 26 day of October, 2026.

________________________________

Notary Public

My Commission Expires: 12-19-2034

SHAINA BRODERICK
COMM. EXP. 12-19-2034
No. 00004395
PULASKI COUNTY
NOTARY PUBLIC - ARKANSAS